UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GULLET JAMA IBRAHIM,**

       **Plaintiff,**                          **Case No. 2:23-cv-1363**
                                                **JUDGE EDMUND A. SARGUS, JR.**
    **v.**                                          **Magistrate Judge Chelsey M. Vascura**

**MARC D. DILLARD,** *et al.***,**

       **Defendants.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Hold Case in Abeyance, or, in the Alternative, Motion for Extension of Time for Defendants to Move or Plead to Plaintiff's Complaint. (ECF No. 7.) On April 17, 2023, Plaintiff filed a mandamus action seeking to compel Defendants to complete the processing of his visa petition pursuant to his approved Form I-130, Petition for Alien Relative. (*Id.*) Defendants have not yet concluded the investigatory and administrative processes attendant to this request for immigration benefits, but they represent that they will do so within 90 days. (*Id.*) The parties represent that, because the re-adjudication of Plaintiff's visa petition serves as the basis for his demand in mandamus, adjudication of his petition "will render that plea moot and/or subject to dismissal for satisfaction." (*Id.*) Thus, in the interest of conserving resources, including those of the Court, as well as advancing judicial economy, the parties represent that a 90-day stay is appropriate. The parties further represent that, should the Court grant their request for a stay of this action, Defendants will file a status report by August 25, 2023. (*Id.*)

For good cause shown, the parties' motion is **GRANTED**. (ECF No. 7.) The case shall be stayed for ninety (90) days. Defendants are **DIRECTED** to file a status report on or before **August**

**25, 2023**, advising the Court on the status of the administrative processing and adjudication of Plaintiff's visa petition.

    **IT IS SO ORDERED.**

| | |
|---|---|
| **6/26/2023** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |