## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**GUULET JAMA IBRAHIM,**

      **Plaintiff,**

           **v.**

**ANTONY J. BLINKEN, Secretary,**
**United States Department of State,** *et al.*,

      **Defendants.**

**Case No. 2:23-cv-1363**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

### ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Stay. (ECF No. 10.) The parties request a stay until December 21, 2023 for the opportunity to complete issuance of Plaintiff's beneficiary's visa pursuant to Plaintiff's underlying Form I-130, Petition for Alien Relative. The parties submit that they anticipate filing a stipulation of dismissal in this action on or before December 21, 2023.

Accordingly, the Court **GRANTS** the parties' Joint Motion for good cause shown. (ECF No. 10.) This matter is hereby **STAYED** until December 21, 2023. If the parties have not filed a stipulation of dismissal by December 21, 2023, the parties are **DIRECTED** to file a status report by December 21, 2023. This case is to remain open.

      **IT IS SO ORDERED.**

**9/25/2023**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**